IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

XAVIER MANUEL DE JESUS APONTE

DEBTOR

CASE NO. 15-02841-ESL

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, XAVIER MANUEL DE JESUS APONTE,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated August 4, 2015, herewith and attached to this motion.

2. This proposed amended Plan is filed to provide for IRS priority claim and increase the Plan Base in order to comply with distribution of Plan.

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated August 4, 2015.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 4th day of August, 2015.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL. NO. (787) 744-7699

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                                    Case No. _____

DE JESUS APONTE, XAVIER MANUEL                                                Chapter 13
                        Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 8/04/2015
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 175.00 x 12 = $ 2,100.00
$ 205.00 x 48 = $ 9,840.00
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 11,940.00

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:
___
___

☐ Other:
___
___

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 11,940.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,868.00

Signed: /s/ XAVIER MANUEL DE JESUS APONTE
        Debtor

        ___
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___  Cr. ___  Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___  Cr. ___  Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___  Cr. ___  Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
___
5. ☐ Other:
___
6. ☐ Debtor otherwise maintains regular payments directly to:
___

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
              ☐ Paid 100% / ☐ Other: ___
Cr. ___  Cr. ___  Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* Priority: IRS 2014 ($1,584) & ASUME arrears ($6,185.36) will be paid through the Trustee.
* Debtor to continue making current direct payments to ASUME.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor R. Figueroa Carrasquillo Law Office    Phone: (787) 744-7699

AMENDED CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 15-02841-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Tue Aug 4 14:10:49 AST 2015 | COOP A/C LA REGLA DE ORO<br>RR-05 BOX 8755<br>BO BUENA VISTA<br>BAYAMON, PR 00956-9287 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| Department of Treasury<br>Bankruptcy Section (424)<br>P.O. Box 9024140<br>San Juan PR 00902-4140 | ASUME<br>PO BOX 11218<br>SAN JUAN, PR 00910-2318 | AT&T Mobility Puerto Rico, Inc<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ 07921-2693 |
| Att Services<br>PO Box 192830<br>San Juan, PR 00919-2830 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | Banco Popular De Puerto Rico<br>PO Box 3228<br>San Juan, PR 00936 |
| Cavalry SPV I, LLC<br>500 Summit Lake Dr Ste 400<br>Valhalla, NY 10595-2321 | Coop A/C Regla Oro<br>RR 5 BOX 8755<br>Bayamon, PR 00956-9287 | Departamento De Hacienda<br>PO Box 1055<br>Caguas, PR 00726-1055 |
| Depto De Transportacion Y Obras Publicas<br>PO Box 41269<br>San Juan, PR 00940-1269 | SPRINT<br>PO Box 7993<br>Atlanta, GA 30357-0993 | Western Bank<br>PO Box 1180<br>Mayaguez, PR 00681-1180 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |
| XAVIER MANUEL DE JESUS APONTE<br>HC 4 BOX 6909<br>YABUCOA, PR 00767-9512 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)stat
EZ-Filing
20.0.1.5
i

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19